■ MARIANNE NESTOR, Appellant, v SIDNEY R. DIAMOND et al., Respondents.—Orders, Supreme Court, New York County (Beatrice Shainswit, J.), entered on or about February 16, 1988 and on February 17, 1988, respectively, unanimously affirmed, without costs and without disbursements. The motion to strike certain matter from the record is denied. No opinion. Concur —Sullivan, J. P., Carro, Milonas, Ellerin and Smith, JJ.

■ In the Matter of THOMAS REILLY et al., Respondents, v STATE LIQUOR AUTHORITY et al., Appellants.—Order, Supreme Court, Bronx County (Hansel McGee, J.), entered on December 11, 1987, unanimously reversed, on the law, and the penalty imposed by respondent State Liquor Authority reinstated, without costs and without disbursements. *(See, Matter of Plato's Cave Corp. v State Liq. Auth.,* 145 AD2d 322.) No opinion. Concur—Sullivan, J. P., Carro, Milonas, Ellerin and Smith, JJ.

■ In the Matter of ROBERT B. LEVINE, a Suspended Attorney.—Motion for reargument granted only to the extent of adding a paragraph to this court's order entered on June 28, 1988 (138 AD2d 166) as indicated; and insofar as it seeks an order striking the last paragraph of the Per Curiam opinion, motion denied. Concur—Murphy, P. J., Sullivan, Ross, Carro and Milonas, JJ.

■ In the Matter of STEVEN R. WECHSLER, an Attorney.— Reargument and stay of order of suspension denied in the entirety. Concur—Kupferman, J. P., Carro, Asch, Kassal and Wallach, JJ.